IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-00206-WS-N |
| | ) | (Civil Action No. 10-00002-WS) |
| WILLIE MERER HINTON, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 2, 2010, is **ADOPTED** as the opinion of this Court.

**DONE** this 7th day of December, 2010.

                                         /s/ WILLIAM H. STEELE
                                         CHIEF UNITED STATES DISTRICT JUDGE