IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-00206-WS-N |
| | ) | (Civil Action No. 10-00002-WS) |
| WILLIE MERER HINTON, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that defendant's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 be **DENIED** and **DISMISSED** with prejudice. Petitioner is not entitled to a certificate of appealability .

**DONE** this 7th day of December, 2010.

/s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE